1
 The People of the State of Colorado, Petitioner/Cross-Respondent v. Kari Mobley Kennedy, Respondent/Cross-Petitioner No. 23SC847
Supreme Court of Colorado, En Banc
August 5, 2024
 
           Court
 of Appeals Case No. 21CA1203
 
 
 
          Petition
 and Cross-Petition for Writ of Certiorari GRANTED.
 
 
          Whether
 vehicular homicide-DUI, § 18-3-106(1)(b)(I), C.R.S.
 (2023), is a per se grave or serious offense for purposes of
 proportionality review.
 
 
          Whether
 the court of appeals erroneously ruled that the maximum
 sentence in the aggravated range, for a defendant with no
 prior felony convictions, did not give rise to an inference
 of gross disproportionality.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.